UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| KENNETH M REVELL | CIVIL ACTION NO. 21-cv-882 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| PRINCE PREFERRED HOTELS SHREVEPORT, LLC, ET AL | MAGISTRATE JUDGE HORNSBY |

## MEMORANDUM ORDER

Plaintiff has obtained entry of default. Plaintiff is now directed to file, by **April 21, 2022**, a Motion for Default Judgment that is fully supported by affidavits, documentation or other evidence sufficient to prove the validity of service of process, the liability of the defendant(s), and the amount of any damages sought.

The rules relevant to motions for default judgments can be found in Crain v. E&M Operating, L.L.C., No. 18-CV-00548, 2019 WL 6770732 (W.D. La. 12/11/19). The motion must be supported by a memorandum that explains the legal basis for liability and damages or other relief sought, and that states whether an evidentiary hearing is necessary under the rules explained in Crain and Leedo Cabinetry v. James Sales & Distribution, Inc., 157 F.3d 410, 414 (5th Cir. 1998). The motion must be accompanied by a proposed judgment. If plaintiff fails to take the steps required by this order, the complaint may be dismissed for failure to prosecute.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 16th day of February, 2022.

Mark L. Hornsby
U.S. Magistrate Judge