UNITED STATES DISCTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| KENNETH M. REVELL | CIVIL ACTION NO. 5:21-CV-0882 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| PRINCE PREFERRED HOTELS SHREVEPORT, LLC d/b/a HILTON GARDEN INN SHREVEPORT AND RELIANCE HOTEL GROUP, LLC | MAGISTRATE JUDGE HORNSBY |

**PETITION FOR DEFAULT JUDGMENT AGAINST
PRINCE PREFERRED HOTELS SHREVEPORT, L.L.C.
AND RELIANCE HOTEL GROUP, L.L.C.**

NOW INTO COURT comes Plaintiff, Kenneth M. Revell ("Plaintiff" or "Revell") who respectfully seeks and prays for Default Judgment of this Honorable Court against Defendants Prince Preferred Hotels Shreveport, L.L.C. ("Prince Preferred") and Reliance Hotel Group, L.L.C. ("Reliance") in accordance with Federal Rule of Civil Procedure 55.  In support of his request, Plaintiff does show:

1.

Defendant Prince Preferred was properly served with the Summons and Complaint by personal service upon the agent it identified with the Louisiana Secretary of State, Mr. Sunil Tolani. Doc. 4.  Mr. Tolani is also a managing member of Prince Preferred.

2.

Defendant Reliance is not registered with the Louisiana Secretary of State.  It was served by service upon one of its employees at its place of business in Shreveport, Louisiana, pursuant to the service provisions of Fed. R. Civ. Pro. art. 4 (c) and La. Code Civ. Pro. art. 1266.  Docs. 7-9.

3.

Defendants did not answer and a default was entered.  Doc. 9

4.

Plaintiff Kenneth M. Revell requests a default judgment entered against Reliance and Prince Preferred jointly and individually and has submitted in support of his request his sworn declaration and supporting documents, the declaration of his counsel, Pamela R. Jones regarding his attorney's fees and costs, and a memorandum of law addressing the proof of liability of the Defendants under the causes of action Mr. Revell has asserted.

5.

For reason explained in the attached memorandum, Plaintiff seeks these awards:

Fair Labor Standards Act:

|  |  |
|---|---|
| Overtime | $14,513.00 |
| Liquidated Damages | $14,513.00 |
| Promotion Denial Nov. 2019 to date of termination: | $18,480.23 |
| Punitive Damages: | $15,000.00 |
| Wage loss from retaliatory dismissal: | $105,162.60 |
| Attorneys fees and costs: | $16,593.00 |

WHEREFORE PLAINTIFF prays and seeks entry of a default judgment in his favor and against Prince Preferred Hotels Shreveport, L.L.C. and Reliance Hotel Group, L.L.C., jointly and severally and in *solido* for the damages, overtime wages, liquidated damages, back pay, compensatory damages, and punitive damages, plus pre-judgment interest on Mr. Revell's claim under La. R.S. 23:967, and costs and attorney's fees, and post-judgment interest at the legal rate on all monetary awards.

Respectfully submitted this 5th day of May, 2022

DOWNER, JONES, MARINO & WILHITE. L.L.C.

By: ___/s/Pamela R. Jones_____
       Pamela R. Jones, Bar No. 19640
401 Market Street, Suite 1250
Shreveport, LA 71101
Tel: (318) 213-4444
Fax: (318) 213-4445
E-mail: pjones@dhw-law.com

ATTORNEYS FOR PLAINTIFF