UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **KENNETH M REVELL** | **CASE NO. 5:21-CV-00882** |
| **VERSUS** | **JUDGE ELIZABETH E. FOOTE** |
| **PRINCE PREFERRED HOTELS SHREVEPORT L L C ET AL** | **MAGISTRATE JUDGE HORNSBY** |

## NOTICE OF MOTION SETTING

Please take notice that the Motion for Default Judgment (Document No. 13) filed by Kenneth M Revell on May 5, 2022 has been referred to the Honorable Elizabeth Erny Foote.

### Deadlines

Responses to said motion are due within **twenty-one (21)** days after service of the motion in accordance with LR 7.5. Opposition to the motion must be filed timely or the motion will be considered unopposed. A reply to the response may be filed within **seven (7)** days after the filing of the response, except as otherwise provided within this Court's standing pretrial order. Leave of court will be required to file any additional briefs. At the close of the briefing time, the record will be submitted to the Court for consideration. Responses not timely filed will not be considered.

### No Oral Argument

It is generally the policy of this Court to decide motions on the basis of the record without oral argument. Should the Court feel oral argument is necessary, all parties will be notified. Any party may request oral argument by motion. The motion should specify the need for argument. The Court will notify all parties of its decision to grant or deny oral argument. Briefs filed in support or opposition of any pending motion should fully address all pertinent issues.

### Courtesy Copies Required

At the time of filing, an electronic copy of the motions and briefs including attachments shall be e-mailed in Word format to:

**foote_motions@lawd.uscourts.gov**

**DATE OF NOTICE: May 6, 2022**

TONY R. MOORE
CLERK OF COURT